UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| MARY JO LYON, | ) | CIV. 09-5070-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| BANKERS LIFE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant and Third Party Plaintiff, | ) | |

Pursuant to the parties' joint stipulation of dismissal (Docket 74), it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's complaint against defendant Bankers Life and Casualty Company is dismissed with prejudice, each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, by way of the parties' joint stipulation and this judgment, plaintiff and her assignee have not waived any rights to pursue claims or causes of action against any other person or entity for the allegations set forth in plaintiff's complaint or otherwise, including, but not limited to, LifePlan, Inc., or the Family Caring Network, Inc., as any and all such claims are expressly reserved.

Dated August 23, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE